IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **KERWIN L. DAVIS,** | : |
|     **Plaintiff,** | : |
| **vs.** | :   **CIVIL ACTION 05-00479-WS-B** |
| **BLAKE TURMAN,** | : |
|     **Defendant.** | : |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(A) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that this action be and is hereby **TRANSFERRED** to the United States District Court for the Middle District of Alabama.

**DONE** and **ORDERED** this 14th day of December, 2005.

                                                  s/WILLIAM H. STEELE
                                                UNITED STATES DISTRICT JUDGE